```
BOWMAN AND BROOKE LLP
Mike H. Madokoro (SBN: 146970)
Gregory P. Gilmer (SBN: 212067)
879 West 190th Street, Suite 700
Gardena, California 90248
Telephone:      (310) 768-3068
Facsimile:      (310) 719-1019
```

Attorneys for Defendant
ECOLAB INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE SHARON FREDRICKSON and JERRY FREDRICKSON,<br><br>Plaintiffs,<br><br>v.<br><br>HOLIDAY RETIREMENT CORP.; HILLTOP ESTATES; ECOLAB INC.; AND DOES 1 THROUGH 25, Inclusive,<br><br>Defendants. | **Civil Case No.: CIV.S-04-01061 WBS CMK**<br><br>(Removed from Shasta County Superior Court, Case No. 151501)<br><br>**STIPULATION AND ORDER TO EXTEND DATES PERTAINING TO EXPERT WITNESS DISCLOSURE AND PRE-TRIAL STATEMENTS**<br><br>Action Filed:         April 22, 2004<br>Discovery Cut-Off:    May 13, 2005<br>Motion Cut-Off:       July 1, 2005<br>Trial Date:           October 25, 2005 |

WHEREAS the Status (Pre-Trial) Order issued by this Court set June 27, 2005, as the last day for parties to disclose their experts and produce expert reports in accordance with Federal Rule of Civil Procedure 26(a)(2);

WHEREAS the Status (Pre-Trial) Order issued by this Court set August 1, 2005, as the last day for the parties to serve their supplemental expert disclosures and produce supplemental expert reports in accordance with Federal Rule of Civil Procedure 26(a)(2);

///

1  WHEREAS the Status (Pre-Trial) Order issued by this Court set August 10, 2005, as the last day for plaintiffs' counsel to mail or electronically serve a pre-trial statement pursuant to Local Rule 16.281(b);

WHEREAS the parties have agreed to participate in a mediation before the Honorable Noel Watkins, Ret. on July 22, 2005 at 9:30 a.m. at 420 Pine Street, Red Bluff, California 96080;

IT IS HEREBY STIPULATED AND AGREED by and between all parties, through their respective attorneys of record, that the last day for the parties to disclose their experts and produce expert reports in accordance with Federal Rule of Civil Procedure 26(a)(2) will be July 29, 2005;

IT IS FURTHER STIPULATED by and between all parties, through their respective attorneys of record, that the last day for the parties to serve their supplemental disclosures and produce supplemental expert reports will be August 12, 2005; and,

IT IS FURTHER STIPULATED by and between all parties, through their respective attorneys of record, that the last day for plaintiffs' counsel to mail or electronically serve a pre-trial statement pursuant to Local Rule 16-281(b) will be August 17, 2005; and,

///
///
///
///
///
///
///
///

IT IS FURTHER STIPULATED that this Stipulation may be signed in

1  counterparts and that facsimile signatures will be accepted.

2   IT IS SO STIPULATED.

3  DATED:  June __, 2005   LAW OFFICES OF JAMES A. WYATT

6         By: _____
7          James A. Wyatt
        Attorneys for Plaintiffs JOYCE
        SHARON FREDRICKSON and
8          JERRY FREDRICKSON

10  DATED:  June __, 2005   NISSON & PINCIN

12         By: _____
13          Timothy J. Nisson
        Attorneys for Defendant HILLTOP
        RETIREMENT RESIDENCE II
14          LIMITED PARTNERSHIP

15  DATED:  June __, 2005   BOWMAN AND BROOKE LLP

18         By: _____
        Mike H. Madokoro
19          Gregory P. Gilmer
        Attorneys for Defendant
20          ECOLAB INC.

22         **ORDER**

23   IT IS SO ORDERED.

25  DATED:  June 15, 2005

27  _____
    WILLIAM B. SHUBB
28     UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**
1013A (3) CCP Revised 5/1/88

STIPULATION AND ORDER TO EXTEND DATES PERTAINING TO EXPERT WITNESS
DISCLOSURE AND PRE-TRIAL STATEMENTS

**STATE OF CALIFORNIA, COUNTY OF <u>LOS ANGELES</u>**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 879 West 190th Street, Gardena, California 90248.

On June 14, 2005, I served the foregoing document(s) described as **STIPULATION AND ORDER TO EXTEND DATES PERTAINING TO EXPERT WITNESS DISCLOSURE AND PRE-TRIAL STATEMENTS** to all interested parties [X] by placing a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

**[X]   BY U.S. MAIL**: [X] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day, during the ordinary course of business, with postage thereon fully prepaid at Gardena, California.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[ ]   BY PERSONAL SERVICE**:   I caused to be delivered such envelope by hand to the addressee.

**[ ]   BY FACSIMILE**:   The document(s) were transmitted by facsimile transmission to each of the parties at the facsimile number(s) listed on the attached service/mailing list and the transmission(s) reported as complete and without error.  The facsimile machine I used complied with the California Rules of Court, Rule 2003 and no error was reported by the machine.  Pursuant to California Rules of Court, Rule 1006(d), I caused the facsimile machine to print a transmission record of the transmission.

Executed on June 14, 2005, at Gardena, California.

[X]   (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Vivian Gomez

**Joyce Sharon Fredrickson, *et al.* v. Holiday Retirement Corp., *et al.***
United States District Court, Case No. CIVS-041061 WBS GGH
(Removed from Shasta County Superior Court, Case No. 151501)

### Service List

| | |
|---|---|
| James A. Wyatt, Esq.<br>LAW OFFICES OF JAMES A. WYATT<br>2130 Eureka Way<br>Post Office Box 992338<br>Redding, CA 96099-2338<br>Telephone: (530) 244-6060<br>Facsimile:  (530) 244-6069 | Attorneys for Plaintiffs<br>JOYCE SHARON FREDRICKSON and JERRY FREDRICKSON<br><br>**(ALSO SENT ELECTRONICALLY)** |
| Timothy J. Nisson, Esq.<br>NISSON & PINCIN<br>Post Office Box 991966<br>Redding, California 96099-1966<br>Telephone: (530) 246-4201<br>Facsimile:  (530) 246-1426 | Attorneys for Defendant<br>HILLTOP RETIREMENT RESIDENCE II LIMITED PARTNERSHIP |