BOWMAN AND BROOKE LLP
Richard G. Morgan (Admitted *Pro Hac Vice*)
Mike H. Madokoro (SBN: 146970)
Gregory P. Gilmer (SBN: 212067)
879 West 190th Street, Suite 700
Gardena, California 90248
Telephone:     (310) 768-3068

Attorneys for Defendant
ECOLAB INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE SHARON FREDRICKSON and JERRY FREDRICKSON, <br><br> Plaintiffs, <br><br> v. <br><br> HOLIDAY RETIREMENT CORP.; HILLTOP ESTATES; ECOLAB INC.; AND DOES 1 THROUGH 25, Inclusive, <br><br> Defendants. | **Civil Case No.: CIV.S-04-01061 WBS CMK** <br><br> (Removed from Shasta County Superior Court, Case No. 151501) <br><br> **STIPULATION OF DISMISSAL OF PLAINTIFFS JOYCE SHARON FREDRICKSON AND JERRY FREDRICKSON'S COMPLAINT AS AGAINST DEFENDANT ECOLAB INC. ONLY; [PROPOSED] ORDER** <br><br> Action Filed:     April 22, 2004 <br> Discovery Cut-Off: May 13, 2005 <br> Motion Cut-Off:   July 1, 2005 <br> Trial Date:        October 25, 2005 |

IT IS HEREBY STIPULATED, by and between plaintiffs Joyce Sharon Fredrickson and Jerry Fredrickson, and defendant Ecolab Inc., and, defendants Holiday Retirement Corporation and Hilltop Retirement Residences II, Limited Partnership, through their designated counsel, that plaintiffs Joyce Sharon Fredrickson and Jerry Fredrickson's Complaint, in the above-entitled action, be and hereby is dismissed, with prejudice, pursuant to FRCP, Rule 41(a)(1) as to defendant Ecolab Inc. only.  Plaintiffs and Ecolab Inc. to bear their own respective costs and fees.

L315608

1

STIPULATION OF DISMISSAL OF PLAINTIFFS JOYCE SHARON FREDRICKSON AND JERRY FREDRICKSON'S COMPLAINT AS AGAINST DEFENDANT ECOLAB INC. ONLY; [PROPOSED] ORDER

1  IT IS FURTHER SIPULATED that this Stipulation may be executed
2  in counterparts and that facsimile signatures will be accepted.

3  DATED: September __, 2005            LAW OFFICES OF JAMES A. WYATT

4

5                                       By: _____
6                                            James A. Wyatt, Esq.
                                             Attorneys for Plaintiffs
7                                            JOYCE SHARON FREDRICKSON and
                                             JERRY FREDRICKSON
8

9  DATED:  September __, 2005           BOWMAN AND BROOKE LLP
10

11
                                        By: _____
12                                           Mike H. Madokoro
                                             Richard G. Morgan
13                                           Gregory P. Gilmer
                                             Attorneys for Defendant
14                                           ECOLAB INC.

15

16 DATED: September __, 2005            NISSON & PINCIN

17

18                                      By: _____
                                             Timothy J. Nisson
19                                           Attorneys for Defendants
                                             HILLTOP RETIREMENT
20                                           CORPORATION and HILLTOP
                                             RETIREMENT RESIDENCE II, LIMITED
21                                           PARTNERSHIP

22

23

24

25

26

27

28

L315608

STIPULATION OF DISMISSAL OF PLAINTIFFS JOYCE SHARON FREDRICKSON AND
JERRY FREDRICKSON'S COMPLAINT AS AGAINST DEFENDANT ECOLAB INC. ONLY;
[PROPOSED] ORDER

1 | **ORDER**

2 | Pursuant to the above stipulation, this action is hereby dismissed,
3 | with prejudice, pursuant to FRCP, Rule 41(a)(1) as to defendant Ecolab
4 | Inc. only. Plaintiffs and Ecolab Inc. shall bear their own respective costs
5 | and fees.

6 | IT IS SO ORDERED.

7 |
8 | DATED: September 26, 2005

9 | _[signature]_
   | WILLIAM B. SHUBB
10 | UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE
1013A (3) CCP Revised 5/1/88

**STATE OF CALIFORNIA, COUNTY OF <u>LOS ANGELES</u>**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 879 West 190th Street, Gardena, California 90248.

On September 20, 2005, I served the foregoing document(s) described as **STIPULATION OF DISMISSAL OF PLAINTIFFS JOYCE SHARON FREDRICKSON AND JERRY FREDRICKSON'S COMPLAINT AS AGAINST DEFENDANT ECOLAB INC. <u>ONLY</u>; [PROPOSED] ORDER** to all interested parties [X] by placing a true and correct copy thereof enclosed in sealed envelope(s), addressed as follows:

Richard G. Morgan, Esq.          Telephone: (612) 339-8682
BOWMAN AND BROOKE LLP
150 S. Fifth Street, Suite 2600
Minneapolis, MN 55402-4244

Timothy J. Nisson, Esq.          Attorneys for Defendant
NISSON & PINCIN                   HILLTOP RETIREMENT RESIDENCE II
Post Office Box 991966            LIMITED PARTNERSHIP
Redding, California 96099-1966
Telephone: (530) 246-4201
Facsimile:  (530) 246-1426

**[X]   BY U.S. MAIL**: [X] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day, during the ordinary course of business, with postage thereon fully prepaid at Gardena, California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on September 20, 2005 at Gardena, California.

[X]   (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Vivian Gomez