UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FILED

December 2, 2005

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

**JUDGMENT IN A CIVIL CASE**

FREDRICKSON ET AL

v.   CASE NUMBER: CIV S-04-1061 WBS CMK

HOLIDAY RETIREMENT CORP ET AL

**XX** -- **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN FAVOR OF PLAINTIFFS AGAINST DEFENDANT HOLIDAY RETIREMENT CORP IN THE AMOUNT OF $75,001.**

Jack L. Wagner,
Clerk of the Court

ENTERED:   December 2, 2005

by: _____
NDDuong, Deputy Clerk